**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| COLIN BARON VAN EXEL, | : | |
| Plaintiff, | : | |
| v. | : | 1:07-CV-80 (WLS) |
| Warden THOMAS AMMONS, et. al., | : | |
| Defendant. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed May 16, 2007. (Doc. 4). It is recommended that all claims against the Georgia Department of Corrections, Craig Stephens, Lt. LaVerne Johnson, Deputy Warden George Lester, and Officer Daniels be dismissed and that the aforementioned persons be dismissed as defendants herein. *Id.* No objection has been filed.

Upon review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 4) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, all claims against the Georgia Department of Corrections, Craig Stephens, Lt. LaVerne Johnson, Deputy Warden George Lester, and Officer Daniels are **DISMISSED** and that the aforementioned parties are **DISMISSED** as defendants herein

**SO ORDERED**, this  31st  day of July, 2007.

    /s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT JUDGE**

1