IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

COLIN BARON VANEXCEL,

  Plaintiff,

v.

Warden THOMAS AMMONS, and
Deputy Warden MICHAEL HAAS,

  Defendants.

1:07-CV-80 (WLS)

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. #15), filed January 12, 2009. It is recommended that Plaintiff's action be dismissed without prejudice for Plaintiff's failure to exhaust his administrative remedies in compliance with the requirements of the Prison Litigation Reform Act. At the time of entry of this order no objection has been filed.

Upon full consideration of the record, the Court finds that said Recommendation should be, and hereby is, ACCEPTED, ADOPTED, and made the order of the Court for reasons of the findings made and reasons set out therein. Accordingly, Defendants' motion to dismiss, (Doc. #13), converted to and noticed as a motion for summary judgment, is GRANTED and Plaintiff's action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this 27th day of March, 2009.

W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT